# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>        Plaintiff,<br><br>    vs.<br><br>MANJIT SIGNH BAINS dba SUNSHINE GAS AND FOODS; MARTHA BAINS,<br><br>        Defendants<br>_____ | CASE NO. 2:15-cv-00149-TLN-CKD<br><br>**ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Honorable Troy L. Nunley |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendants Manjit Singh Bains dba Sunshine Gas and Foods and Martha Bains shall be permitted to file their answer by July 31, 2015.

**IT IS SO ORDERED.**

Dated:  July 6, 2015

_____
Troy L. Nunley
United States District Judge

**ORDER**